IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL A. & JENNIFER M. WEINER<br>     FKA JENNIFER M. RATTER<br><br>REAL TIME RESOLUTIONS, INC.,<br>          Creditor,<br>     vs.<br><br>MICHAEL A. & JENNIFER M. WEINER FKA<br>JENNIFER M. RATTER,          Debtor | )<br>)<br>)<br>)<br>)<br>) CASE NO. 08B14641<br>) JUDGE SUSAN PIERSON SONDERBY<br>)<br>) |

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes Real Time Resolutions, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 2008 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 2, 2010.

    a. Attorney's Fees        $250.00

    b. Late Charges           $141.80

    Total                     $391.80

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Real Time Resolutions, Inc. rights to collect these amounts will remain unaffected.

                                    Respectfully Submitted,
                                    Real Time Resolutions, Inc.

                                    /s/Dana N. O'Brien
                                    Dana N. O'Brien
                                    ARDC#6256415

                                    Pierce and Associates, P.C.
                                    1 North Dearborn Street, Ste. 1300
                                    Chicago, Illinois 60602
                                    (312)346-9088